1 CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
2 Phyl Grace, Esq., SBN 171771
3 Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
4 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
5 (858) 375-7385; (888) 422-5191 fax
6 phylg@potterhandy.com
Attorneys for Plaintiff ORLANDO GARCIA
7

8 UNITED STATES DISTRICT COURT
9 CENTRAL DISTRICT OF CALIFORNIA

10 ORLANDO GARCIA,                         ) Case No.: 2:20-CV-01343-FMO-AGR
11                                         )
                Plaintiff,                  ) **NOTICE OF SETTLEMENT AND**
12       v.                                 ) **REQUEST TO VACATE ALL**
                                            ) **CURRENTLY SET DATES**
13 RED OWL LIQUOR MART, INC., a             )
   California Corporation; and Does 1-10,  )
14                                          )
                Defendants.                 )
15                                          )
                                            )
16

17    The plaintiff hereby notifies the court that a global settlement has been reached in
18 the above-captioned case and the parties would like to avoid any additional expense,
19 and to further the interests of judicial economy.
20    The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
21 dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all
22 parties, will be filed within 60 days.

23
24                                            CENTER FOR DISABILITY ACCESS
25 Dated: April 24, 2020              /s/ Amanda Lockhart Seabock
                                             Amanda Lockhart Seabock
26                                           Attorney for Plaintiff
27
28